04/12/01     TRANSFER-ADJUSTMENT-FORFEITURE REPORT                                       1

| TRNS-ADJ | DATE | FUND | CASE NO | DEF | AMOUNT |
|---|---|---|---|---|---|
| | | | SCRANTON | | |
| 80300221001. | 04/11/01 | 504100 | 3:98-CR-294-05 | 5 | -50.00 |
| 80300221002. | 04/11/01 | 6855XX | 3:01-OP-1 | 1 | 50.00 |
| 80300221101. | 04/11/01 | 6855XX | 3:01-OP-1 | 1 | -33.43 |
| 80300221102. | 04/11/01 | 5100PL | | 0 | 7.35 |
| 80300221103. | 04/11/01 | 0869PL | | 0 | 13.44 |
| 80300221104. | 04/11/01 | 5100PL | | 0 | 5.22 |
| 80300221105. | 04/11/01 | 0869PL | | 0 | 3.42 |
| 80300221106. | 04/11/01 | 5100PL | | 0 | 4.00 |
| 80300221201. | 04/11/01 | 6855XX | 3:01-OP-1 | 1 | -36.49 |
| 80300221202. | 04/11/01 | 5100PL | | 0 | 3.54 |
| 80300221203. | 04/11/01 | 5100PL | | 0 | 6.00 |
| 80300221204. | 04/11/01 | 5100PL | | 0 | 3.39 |
| 80300221205. | 04/11/01 | 0869PL | | 0 | 4.13 |
| 80300221206. | 04/11/01 | 5100PL | | 0 | 6.46 |
| 80300221207. | 04/11/01 | 0869PL | | 0 | 3.29 |
| 80300221208. | 04/11/01 | 5100PL | | 0 | 9.68 |

DIVISION TOTAL    0.00

FILED
SCRANTON
APR 1 2 2001
PER _____ DEPUTY CLERK

T 2212-7  $ 3.29  1:00-482  KING